**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.;<br>AMAZON.COM SERVICES LLC; and<br>AMAZON WEB SERVICES, INC.,<br><br>  Defendants. | CIVIL ACTION NO. 6:21-cv-668-ADA |
| VOIP-PAL.COM, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC.;<br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS;<br>VERIZON SERVICES, CORP.; and<br>VERIZON BUSINESS NETWORK SERVICES, INC.,<br><br>  Defendants. | CIVIL ACTION NO. 6:21-cv-672-ADA |
| VOIP-PAL.COM, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>T-MOBILE USA, INC.<br><br>  Defendants. | CIVIL ACTION NO. 6:21-cv-674-ADA |

**NOTICE OF AGREED EXTENSION OF DEADLINE**

Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") notifies the Court that the parties have agreed to extend the deadline to serve Final Infringement Contentions and Final Invalidity Contentions from July 12, 2022 up to and through July 26, 2022.

Dated: June 30, 2022    Respectfully submitted,

By: */s/ Lewis E. Hudnell, III*
Lewis E. Hudnell, III
lewis@hudnellaw.com
Nicolas S. Gikkas
nick@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034

**ATTORNEYS FOR PLAINTIFF VOIP-PAL.COM, INC.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing NOTICE OF AGREED EXTENSION OF DEADLINE via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 30th day of June, 2022.

*/s/ Lewis E. Hudnell, III*
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034