**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and AMAZON WEB SERVICES, INC., <br><br> *Defendants*. | Case No. 6:21-cv-00668-ADA |
| VOIP-PAL.COM, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC.; CELLO PARTNERSHIP d/b/a VERIZON WIRELESS; VERIZON SERVICES CORP.; and VERIZON BUSINESS NETWORK SERVICES, INC., <br><br> *Defendants*. | Case No. 6:21-cv-00672-ADA |
| VOIP-PAL.COM, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> *Defendant*. | Case No. 6:21-cv-00674-ADA |

**NOTICE OF AGREED EXTENSION OF DEADLINE**

- 2 -

       The Parties in the above captioned cases notify the Court that the Parties have agreed to extend the fact discovery deadline by 13 days.  The Parties also agree that no new discovery (written requests or deposition notices to parties or non-parties) may be served as a result of this agreement.  Further, the Parties agree that this extension does not resolve any discovery disputes between the Parties other than those relating to these scheduling matters, and all Parties reserve their rights to file any discovery-related motions as permitted by this Court's rules and orders.  Finally, the Parties agree that this extension does not impact any other existing case deadlines, including but not limited to those for disclosing expert reports.

       The Parties therefore agree that: (1) the Close of Fact Discovery deadline is extended from December 9, 2022 to December 22, 2022.

Dated:  December 6, 2022

| | |
|---|---|
| */s/ William Hector* | */s/ R. William Sigler* |

J. Mark Mann
Texas Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
blake@themannfirm.com
MANN | TINDEL | THOMPSON
201 E. Howard Street
Henderson, TX 75654
Tel: (903) 657-8540
Fax: (903) 657-6003

Frank C. Cimino, Jr. (*Pro Hac Vice*)
FCCimino@Venable.com
Megan S. Woodworth (*Pro Hac Vice*)
MSWoodworth@Venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4569

William Hector (*Pro Hac Vice*)
WAHector@Venable.com
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
(415) 653-3750

**ATTORNEYS FOR DEFENDANTS
VERIZON COMMUNICATIONS
INC., CELLCO PARTNERSHIP
D/B/A VERIZON WIRELESS,
VERIZON SERVICES CORP., AND
VERIZON BUSINESS NETWORK
SERVICES LLC**

Alan M. Fisch (*pro hac vice pending*)
*alan.fisch@fischllp.com*
R. William Sigler (*pro hac vice pending*)
*bill.sigler@fischllp.com*
Jeffrey M. Saltman (*pro hac vice pending*)
*jeffrey.saltman@fischllp.com*
Lisa N. Phillips (*pro hac vice pending*)
*lisa.phillips@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Suite 400
Washington, DC 20015
202.362.3500

M. Craig Tyler
Texas Bar No. 00794762
CTyler@perkinscoie.com
PERKINS COIE LLP
500 W 2nd St, Suite 1900
Austin, TX  78701-4687
Tel:  (737) 256-6113
Fax:  (737) 256-6300

Daniel T. Shvodian (*Pro Hac Vice*)
dshvodian@perkinscoie.com
Christopher Kelley *(Pro Hac Vice)*
ckelley@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Tel: 650.838.4300
Fax: 650.838.4350

**ATTORNEYS FOR DEFENDANTS
AMAZON.COM, INC.;
AMAZON.COM, SERVICES LLC; AND
AMAZON WEB SERVICES, INC.**

/s/ *Amanda Tessar*
_____
Amanda Tessar
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Tel: (303) 291-2357
Fax: (303) 291-2457

Martin E. Gilmore
MGilmore@perkinscoie.com
PERKINS COIE LLP
500 W 2nd St 1900
Austin, Texas 78701
Tel: (737) 256-6100
Fax: (737) 256-6300

Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM AND SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

**ATTORNEYS FOR DEFENDANT
T-MOBILE USA, INC.**

/s/ *Lewis E. Hudnell, III*
_____
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Nicolas S. Gikkas
nick@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034

Sean Franklin Parmenter
sean@parmenterip.com
Parmenter Intellectual Property Law, PLLC
8980 N Pine Hollow Drive
Cedar Hills, Utah 84062
T: 925.482.6515

- 4 -

- 5 -

William M. Parrish
bparrish@stradlinglaw.com
Stradling Yocca Carlson & Rauth
500 W. 2nd Street
Austin, Texas 78703
T: 512.788.5020

**ATTORNEYS FOR PLAINTIFF
VOIP-PAL.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 6, 2022 to all counsel of record who are deemed to have consented to electronic service via email.

*/s/ R. William Sigler*
R. William Sigler