IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC. § <br> § <br> Plaintiff, § <br> § <br> v. §    CIVIL ACTION NO. 6:21-CV-672-ADA <br> § <br> VERIZON COMMUNICATIONS, INC. § <br> ET AL § <br> § <br> Defendants § <br> § | |

## NOTICE OF APPEARANCE

Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Veriozn Wireless Verizon Services, Corp., and Verizon Business Network Services, Inc. (collectively "Verizon") hereby notify the Court that Deron R. Dacus of the firm The Dacus Firm, P.C., 821 ESE Loop 323, Suite 430, Tyler, Texas 75701, 903/705-1117, ddacus@dacusfirm.com, has entered this action as counsel to be noticed on their behalf. In connection with this notice, Mr. Dacus requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

Dated: February 14, 2023            Respectfully submitted,

                                                 */s/ Deron R. Dacus*
                                                 Deron R. Dacus
                                                 State Bar No. 00790553
                                                 The Dacus Firm, P.C.
                                                 821 ESE Loop 323, Suite 430
                                                 Tyler, Texas 75701
                                                 Telephone: (903) 705-1117
                                                 Facsimile: (903) 581-2543
                                                 ddacus@dacusfirm.com

                                                 *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2023, I electronically filed the foregoing with the Clerk of Court *via* the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Deron R. Dacus*
Deron R. Dacus