IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; VERIZON SERVICES, CORP.; and VERIZON BUSINESS NETWORK SERVICES, INC., <br><br> Defendants. | CIVIL ACTION NO. 6:21-CV-672-ADA <br><br> JURY TRIAL DEMANDED |

**STIPULATION**

The following are hereby stipulated and agreed by and between the attorneys for parties below:

1. On May 12, 2023, VoIP-Pal narrowed its asserted claims in this case to ten identified claims, including claims 43 and 140 of U.S. Patent No. 10,880,721. VoIP-Pal now further agrees to narrow its asserted claims in this case to eight claims, withdrawing its assertions based on claims 43 and 140 of the '721 patent. These two claims, and arguments relating to any alleged infringement of them, will not be presented at trial.

2. VoIP-Pal withdraws any and all claims of indirect infringement in this case and agrees that it will not present any arguments to the jury or Court that Verizon is liable for either contributory or induced infringement for any claim of the patents-in-suit; and

3. To the extent that VoIP-Pal asserts claims for pre-suit willful infringement, VoIP-Pal withdraws any and all claims of pre-suit willful infringement in this case and agrees it will not present any arguments to the jury or Court that Verizon is liable for willfully infringing the patents-in-suit before June 25, 2021 or that Verizon is liable for enhanced damages based on any alleged infringement of any claim of any asserted patent before June 25, 2021.

Dated: June 2, 2023

/s/ Lewis E. Hudnell, III

Lewis E. Hudnell, III
lewis@hudnelllaw.com
Nicolas S. Gikkas
nick@hudnelllaw.com
Stanley H. Thompson
stan@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034

Sean Franklin Parmenter
sean@parmenterip.com
Parmenter Intellectual Property Law, PLLC
8980 N Pine Hollow Drive
Cedar Hills, Utah 84062
T: 925.482.6515

William M. Parrish
bparrish@stradlinglaw.com
Stradling Yocca Carlson & Rauth
500 W. 2nd Street
Austin, Texas 78703
T: 512.788.5020

**ATTORNEYS FOR PLAINTIFF VOIP-PAL.COM, INC.**

/s/ William A. Hector

Deron Dacus
State Bar No. 0079-553
THE DACUS FIRM
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Tel: (903)705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

Frank C. Cimino, Jr. (*pro hac vice*)
Megan S. Woodworth (*pro hac vice*)
William Lawrence (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4569
FCCimino@Venable.com
MSWoodworth@Venable.com
WCLawrence@venable.com

William Hector (*pro hac vice*)
VENABLE LLP
101 California Street
Suite 3800
San Francisco, CA 94111
(415) 653-3750
WAHector@Venable.com

Laura A. Wytsma (*pro hac vice*)
VENABLE LLP
LAWytsma@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
T 310.229.9900

**ATTORNEYS FOR VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; VERIZON SERVICES, CORP.; AND VERIZON BUSINESS NETWORK SERVICES, INC.**

-3-

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing Stipulation via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure on this 2nd day of June, 2023.

*/s/ William A. Hector*