IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>VERIZON COMMUNICATIONS, INC.;<br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS;<br>VERIZON SERVICES, CORP.; and<br>VERIZON BUSINESS NETWORK SERVICES, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 6:21-cv-672-ADA |
| VOIP-PAL.COM, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>T-MOBILE USA, INC.<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-674-ADA |

**NOTICE OF CONFLICT WITH CURRENT TRIAL SETTING**

Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Services, Corp., and Verizon Business Network Services, Inc. (collectively "Verizon") and Defendant T-Mobile USA, Inc. ("T-Mobile") and respectfully notify the Court that counsel for Verizon and counsel for T-Mobile have pre-existing conflicts with the October 16, 2023, trial setting recently set by the Court in this matter. Dkt. No. 94.

Specifically, Verizon counsel Deron Dacus is currently set to begin a jury trial in 2:16-cv-695-RWS-RSP, Alacritech, Inc. v Dell Inc., USDC, Eastern District of Texas-Marshall Division and 2:22-cv-12-RWS-RSP, Dali Wireless, Inc. v AT&T Corp. et al, USDC, Eastern District of

Texas-Marshall Division on October 16, 2023.  Further, Mr. Dacus is also set to begin a jury trial before this same Court in the United States District Court for the Western District of Texas, Waco Division on October 16, 2023, in 6:21-cv-331-ADA, IGT et al v Zynga Inc.

Specifically, T-Mobile counsel Melissa R. Smith is currently set to begin a jury trial in 2:16-cv-693-RWS-RSP, Alacritech, Inc. v. CenturyLink, USDC, Eastern District of Texas, Marshall Division, and 2:21-cv-00033-JRG, Evolved Wireless, LLC v. Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc, USDC, Eastern District of Texas, Marshall Division, on October 16, 2023.

If these prior conflicts remain as the new trial date approaches in this case, then Verizon and T-Mobile, understanding this Court's preference, plan to move for a continuance closer to the time of trial, unless otherwise directed by this Court.  Verizon and T-Mobile provide this Notice to prevent the Court or the Parties from being surprised by these conflicts or a future request to continue the trial in this matter.

Dated:  June 6, 2023                                                Respectfully submitted,

*/s/ Melissa R. Smith*                                                */s/ Deron R. Dacus*
Melissa R. Smith                                                       Deron R. Dacus
Texas Bar No. 24001351                                         State Bar No. 00790553
**GILLAM & SMITH, LLP**                                     The Dacus Firm, P.C.
303 South Washington Avenue                             821 ESE Loop 323, Suite 430
Marshall, Texas 75670                                            Tyler, Texas 75701
Telephone: (903) 934-8450                                    Telephone: (903) 705-1117
Facsimile:  (903) 934-9257                                     Facsimile: (903) 581-2543
melissa@gillamsmithlaw.com                               ddacus@dacusfirm.com

*Counsel for T-Mobile USA, Inc.*                           *Counsel for Defendants Verizon*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023, I electronically filed the foregoing with the Clerk of Court *via* the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Deron R. Dacus*
Deron R. Dacus