UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, Inc.,<br><br>               Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS, INC.et al.,<br><br>               Defendants. | CASE NO. 6:21-cv-672-ADA<br><br>Honorable Alan D. Albright |

## NOTICE OF CHANGE OF FIRM NAME

TO THE HONORABLE COURT, THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Stradling Yocca Carlson & Rauth PC, has changed its firm name to Stradling Yocca Carlson & Rauth LLP. The firm's electronic mail addresses, physical address, telephone numbers, and facsimile number will remain unchanged. Please update your records accordingly to reflect this name change.

Dated:  January 5, 2024          By:    */s/ William M. Parrish*
                                                       William M. Parrish, Texas State Bar No. 15540325
                                                       **STRADLING YOCCA CARLSON**
                                                       **& RAUTH LLP**
                                                       500 W. 2nd Street, Suite 1900
                                                       Austin, TX  78701
                                                       512-788-5020
                                                       bparrish@stradlinglaw.com

                                                       ***Attorney for Plaintiff VOIP-PAL.COM***

1

1

## CERTIFICATE OF SERVICE

I certify that on January 5, 2024, the documents filed with the Clerk of the Court via the Court's CM/ECF system in the above-captioned case were subsequently served on all counsel of record by electronic mail.

*/s/ William M. Parrish*_____
William M. Parrish