# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC. § | |
| § | CIVIL NO: |
| vs. § | WA:21-CV-00672-ADA |
| § | |
| VERIZON COMMUNICATIONS, INC., § | |
| CELLCO PARTNERSHIP, VERIZON | |
| SERVICES CORP., VERIZON BUSINESS | |
| NETWORK SERVICES, INC. | |

## ORDER CANCELLING JURY TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY TRIAL** on **Monday, August 19, 2024 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 18th day of July, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE