IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., et al.<br><br>Defendants. | Case No.  6:21-cv-672-ADA |

**FINAL JUDGMENT**

At the Final Pretrial Conference held July 9, 2024, the Court announced on the record that Defendants Verizon Communications, Inc., Cellco Partnership d/b/a Verizon Wireless, Verizon Services, Corp., and Verizon Business Network Services, Inc.'s (collectively, "Defendants") Motion for Summary Judgment of Non-Infringement (Dkt. No. 101) is **GRANTED**.  The Court issued a written opinion granting Defendants' Motion for Summary Judgment of Non-Infringement on July 29, 2024.  Dkt. No. 195.  The Court now enters its Final Judgment as follows:

**IT IS ORDERED** that final judgment of non-infringement is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing in this action.

**IT IS FURTHER ORDERED** that any and all motions not previously ruled upon by the Court are **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendants' remaining defenses are dismissed without prejudice.

**IT IS FURTHER ORDERED** that Defendants may file a motion for attorney's fees and costs, with supporting documentation in accordance with Local Rule CV-54(b)(2), within the time frame prescribed by the Local Rules.

**IT IS FINALLY ORDERED** that the Clerk of Court is respectfully directed to close the case.

**SIGNED** this 15th day of August, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE