# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC. | § | |
| | § | |
| vs. | § | NO: WA:21-CV-00672-ADA |
| | § | |
| VERIZON COMMUNICATIONS, INC., | § | |
| CELLCO PARTNERSHIP, VERIZON | § | |
| SERVICES CORP., VERIZON BUSINESS | § | |
| NETWORK SERVICES, INC. | § | |

## ORDER SETTING MOTIONS HEARING (ZOOM)

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTIONS HEARING regarding Defendants' Motion for Attorneys' Fees (ECF No. 199) by Zoom on February 21, 2025 at 09:30 AM.

IT IS SO ORDERED this 5th day of February, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE