**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; VERIZON SERVICES, CORP.; and VERIZON BUSINESS NETWORK SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION NO. 6:21-CV-672-ADA |

**NON-CONFIDENTIAL EXHIBIT TO
SUPPLEMENTAL DECLARATION OF FRANK C. CIMINO JR.
IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

Enclosed herewith is non-confidential Exhibit B to the Declaration of Frank C. Cimino Jr. in Support of Defendants' Motion for Attorneys' Fees Under 35 U.S.C. § 285, which is filed under seal pursuant to the Court's Standing Order.

| | |
|---|---|
| Dated:  March 11, 2025 | Respectfully submitted,<br><br>*/s/ William Hector*<br>Deron R. Dacus<br>State Bar No. 0079-553<br>**THE DACUS FIRM**<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>Tel: (903)705-1117<br>Fax: (903) 581-2543<br>ddacus@dacusfirm.com<br><br>Frank C. Cimino, Jr. (*pro hac vice*)<br>Megan S. Woodworth (*pro hac vice*)<br>William Lawrence (*pro hac vice*)<br>**VENABLE LLP**<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Tel: (202) 344-4569<br>FCCimino@Venable.com<br>MSWoodworth@Venable.com<br>WCLawrence@venable.com<br><br>William Hector (*pro hac vice*)<br>**VENABLE LLP**<br>101 California Street<br>Suite 3800<br>San Francisco, CA 94111<br>Tel: (415) 653-3750<br>WAHector@Venable.com<br><br>**ATTORNEYS FOR DEFENDANTS VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, VERIZON SERVICES CORP., AND VERIZON BUSINESS NETWORK SERVICES LLC** |

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served March 11, 2025 to all counsel of record, via electronic mail.

*/s/ William Hector*
William Hector