# EXHIBIT B

# Biographies



# Eric T. Harmon
**Associate**

etharmon@Venable.com
Washington, DC  |  +1 202.344.4160

Eric Harmon is an intellectual property litigator who focuses on technology. As a Venable summer associate, Eric assisted in patent litigation matters involving Voice over Internet Protocol (VoIP) digital communication technology, researched California data privacy legislation, and drafted memoranda related to potential safe harbors for online marketplaces under the Digital Millennium Copyright Act (DMCA) and Communications Decency Act (CDA) legislation.

During law school, Eric gained valuable experience as a patent extern in the U.S. Patent and Trademark Office (USPTO). There, he worked alongside supervisory patent examiners to plan and conduct searches for examinations of patent applications under review. He also drafted legal and technical office actions detailing statutory rejections of patent applications and attended patent trial proceedings at the Patent Trial and Appeal Board (PTAB) and the Court of Appeals for the Federal Circuit.

## Credentials

### Education

- J.D., George Washington University Law School, 2021
    - Staff editor, *American Intellectual Property Law Association Quarterly Journal*
    - Member, Student Intellectual Property Law Association
    - Recipient, George S. Hastings Intellectual Property Fund Scholarship
    - Summer associate, Venable LLP, 2020
    - Patent extern, U.S. Patent and Trademark Office, 2019
- B.S., Physics, University of Michigan at Ann Arbor, 2018
    - Minor: Political Science
    - Legislative intern, Michigan House of Representatives, 2017

### Bar Admissions

- District of Columbia