IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.;<br>CELLCO PARTNERSHIP d/b/a VERIZON<br>WIRELESS; VERIZON SERVICES, CORP.;<br>and VERIZON BUSINESS NETWORK<br>SERVICES, INC.,<br><br>Defendants. | CIVIL ACTION NO. 6:21-CV-672-ADA |

**JOINT MOTION FOR REDACTION OF**
**MARCH 5, 2025 HEARING TRANSCRIPT**

Defendants Verizon Communications Inc. et al. ("Verizon") and Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") respectfully request the transcript of the March 5, 2025 hearing on Verizon's motion for attorneys' fees be redacted. Attached hereto as Exhibit A is an unredacted copy of the transcript with the parties' redactions highlighted. And attached hereto as Exhibit B is a copy of the transcripts with the proposed redactions applied.

| | |
|---|---|
| Dated: March 18, 2025 | Respectfully submitted, |
| /s/ Lewis E. Hudnell, III | /s/ William Hector |
| Lewis E. Hudnell, III<br>lewis@hudnelllaw.com<br>Nicolas S. Gikkas<br>nick@hudnelllaw.com<br>Stanley H. Thompson, Jr.<br>stan@hudnelllaw.com<br>**Hudnell Law Group P.C.**<br>800 W. El Camino Real Suite 180<br>Mountain View, California 94040<br>T: 650.564.3698<br>F: 347.772.3034<br><br>Sean Franklin Parmenter<br>sean@parmenterip.com<br>**Parmenter Intellectual Property Law, PLLC**<br>1401 21st St, Suite #10724<br>Sacramento, CA 95811<br>T: 925.482.6515<br><br>Mark D. Siegmund<br>msiegmund@cjsjlaw.com<br>Texas Bar No. 24117055<br>Craig D. Cherry<br>ccherry@cjsjlaw.com Texas Bar No. 24012419<br>Will Ellerman<br>wellerman@cjsjlaw.com<br>Texas Bar No. 24007151<br>**Cherry Johnson Siegmund James, PLLC**<br>7901 Fish Pond Road, 2nd Floor<br>Waco, TX 76710<br>T: (254) 732-2242<br><br>**ATTORNEYS FOR PLAINTIFF VOIP-PAL.COM, INC.** | Deron R. Dacus<br>State Bar No. 0079-553<br>**THE DACUS FIRM**<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>Tel: (903)705-1117<br>Fax: (903) 581-2543<br>ddacus@dacusfirm.com<br><br>Frank C. Cimino, Jr. (*pro hac vice*)<br>Megan S. Woodworth (*pro hac vice*)<br>William Lawrence (*pro hac vice*)<br>**VENABLE LLP**<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Tel: (202) 344-4569<br>FCCimino@Venable.com<br>MSWoodworth@Venable.com<br>WCLawrence@venable.com<br><br>William Hector (*pro hac vice*)<br>**VENABLE LLP**<br>101 California Street<br>Suite 3800<br>San Francisco, CA 94111<br>Tel: (415) 653-3750<br>WAHector@Venable.com<br><br>**ATTORNEYS FOR DEFENDANTS VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., AND VERIZON BUSINESS NETWORK SERVICES LLC** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served March 18, 2025, to all counsel of record via electronic mail and CM/ECF.

*/s/ William Hector*
William Hector